1  Robert Tauler (SBN 241964)
   rtauler@taulersmith.com
2  J. Evan Shapiro (SBN 218481)
   eshapiro@taulersmith.com
3  Tauler Smith, LLP
   626 Wilshire Boulevard, Suite 550
   Los Angeles, California 90017
4  Tel: (213) 927-9270

5  *Attorneys for Defendant*
   *Jane Heiting*

6

7  **UNITED STATES DISTRICT COURT**

8  **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE HEITING, individually and on behalf of all others similarly situated, | Case No.: 2:25-CV-08246-SK |
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| v. | |
| MOMENTUS TECHNOLOGIES, LLC, a Delaware limited liability company; and DOES 1 through 25, inclusive, | |
| Defendants. | |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that the parties have reached a settlement resolving all claims in this action. The parties are in the process of finalizing a written settlement agreement in the next 30 days, and anticipating filing a stipulation of dismissal with prejudice once the agreement is fully executed.

DATED: December 26, 2025                    **TAULER SMITH LLP**


By:   */s/ Robert Tauler*
      Robert Tauler, Esq.
      Attorneys for Plaintiff
      Jane Heiting